UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Teresa Shirron, | Civil No. 07-1471 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Qwest Communications International, Inc., a/k/a Qwest Communication Corporation, a Delaware corporation, | |
| Defendant. | |

---

Based on the Stipulation for Dismissal Without Prejudice[1] (Doc. No. 18), IT IS **ORDERED** that the above-entitled matter is **DISMISSED WITHOUT PREJUDICE** and **REMANDED** to the plan administrator of the defendant long-term disability plan.

Dated: September 19, 2007

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge

---

[1] Although the Stipulation provides that "this Court will retain continuing jurisdiction to resolve any disputes that develop following the foregoing remand," the parties subsequently agreed to dismissal without retention of jurisdiction by this Court.